IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                                        Civil No. 1:11-cr-10006

RICO JAMES JACKSON                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 30, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 50). Judge Bryant recommends that Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 45) be denied. Judge Bryant also recommends finding that an appeal of this dismissal would not be taken in good faith. 28 U.S.C. §1915(a).

After the Report and Recommendation was filed, Defendant filed a document on February 10, 2014. (ECF No. 51). While it was docketed as an objection to the Report and Recommendation, it appears to be a reply in support of his § 2255 motion. Defendant states that he tried to file the reply shortly after the Government filed its response (ECF No. 49) but it was returned as undeliverable. The documents only address arguments raised in Defendant's motion and arguments raised in the Government's response. It is not at all responsive to Judge Bryant's Report and Recommendation.

In order for *de novo* review to be triggered as to a magistrate's report and recommendation, a party must file objections that are both timely and specific. *See* 28 U.S.C. § 636(b)(1). No specific objections to the Report and Recommendation have been filed, and the time to do so has passed.

Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion (ECF No. 45) should be and hereby is **DENIED**. Pursuant to 28 U.S.C. §1915(a), an appeal of this dismissal would not be taken in good faith.

    **IT IS SO ORDERED**, this 9th day of April, 2014.

                                            /s/ Harry F, Barnes
                                            Harry F. Barnes
                                            United States District Judge